DEPT. OF ATTORNEY GENERAL
RECEIVED
JUN 18 2012
CONSUMER PROTECTION DIVISION

FILED
JUL 23 2012
CLERK'S OFFICE
DETROIT

Attorney General
Court Clerk Supervisor
Cadillac Plaza 10th Floor
3030 West Grand Blvd. 10-200
Detroit, Michigan 48220

June 8, 2012

RE: U.S. District Court, Eastern Division -vs- Ronald R. Roberts 11-20129

Dear Court Clerk,

I am writing to you in regards to me receiving my court documents / Discovery Package.

I had a attorney (Craig A. Tank) who was a paid attorney yet he has refused to help me out with any or all court documents / transcripts and or police reports.

I am unable to superly fight any charge as long as I don't have my Discovery Package.

Could you please provide my entry package or advise me what I must do to get it.

I have dismissed the above attorney and I pray for any documention you can provide me.

I thank you in advance for your cooperation and assistance.

St. Clair County Jail
1170 Michigan Rd
Port Huron, Michigan 48060

Sincerely,
Ronald R. Roberts

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30213
Lansing, Michigan 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

July 17, 2012

Refer to AG No.: 2012-pi06201536539-A

Mr. Ronald R. Roberts
#121736 1170 Michigan Rd
Port Huron, MI 48060

Dear Mr. Roberts:

    RE: Court Documents Inquiry

    We have received the information you recently submitted to this office regarding Court Documents Inquiry.

    We are, by copy of this letter, referring your correspondence to:

        U.S. District Court-MIED-Flint
        Eastern District of Michigan
        600 Church St.
        Flint, MI 48502
        (810) 341-7845

    From the information you have submitted it appears that the above-named agency may have jurisdiction in the matter outlined in your correspondence and may be able to assist you.

    Further communication regarding your correspondence should be forwarded directly to them at the address given in this letter.

    Hopefully, this direct referral will expedite efforts toward a solution of your problem or provide you with the information you requested.

        Sincerely,

        BILL SCHUETTE
        ATTORNEY GENERAL

        Consumer Protection Division
        (517) 373-1140
        (877) 765-8388 - Toll Free in Michigan
        (517) 241-3771 - Fax

mmp

Ronald R. Robb #121736
Saginaw Corr. Fac.
9625 Pierce Rd.
Freeland, Michigan
48060

This mail originates
from a correctional facility

Attorney General
Court Clerk Supervisor
Cadillac Plaza 1072-Mem
3030 West Grand Blvd. 10-200
Detroit, Michigan
48202

Dept. of Attorney General
Detroit Office

JUN 1 5 2012

RECEIVE[D]

USA FIRST CLASS FOREVER





BILL SCHUETTE
ATTORNEY GENERAL
Lansing, Michigan 48909

RECEIVED
JUL 23 2012
U.S. DISTRICT COURT
FLINT, MICHIGAN

U.S. DISTRICT COURT-MIED-FLINT
EASTERN DISTRICT OF MICHIGAN
600 CHURCH ST.
FLINT, MI 48502