UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 11-cr-20129

Honorable Robert H. Cleland

vs.

D-1 SCOTT WILLIAM SUTHERLAND, et al.,

Defendants.
_____/

# WRIT OF ENTRY FOR PREMISES AT
# 43653 GRATIOT, CLINTON TOWNSHIP, MACOMB COUNTY, MI

Upon the Ex parte Application of the United States, and the Court being fully advised in the premises; now, therefore;

IT IS HEREBY ORDERED that the United States Marshals Service ("USMS"), its employees or agents, are authorized to enter onto and into the premises known as 43653 Gratiot, Clinton Township, Macomb County, Michigan, during daylight hours, for the purpose of inspecting, photographing and appraising the property.

Dated: March 5, 2015

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 5, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 5, 2015, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-5522