UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 SCOTT WILLIAM SUTHERLAND, et al.,

        Defendants.
_____/

Case No. 11-cr-20129

Honorable Robert H. Cleland

**WRIT OF ENTRY FOR PREMISES AT
LOTS 147 AND 148 INCLUDING CLUBHOUSE AT
2424 LITTLE STREET, PORT HURON, ST. CLAIR COUNTY, MI**

Upon the Application of the United States, and the Court being fully advised in the premises; now, therefore;

IT IS HEREBY ORDERED that the United States Marshals Service ("USMS"), its employees or agents, are authorized to enter onto and into the premises located at Lots 147 and 148, including the clubhouse, at 2424 Little Street, Port Huron, St. Clair County, Michigan during daylight hours, for the purpose of inspecting, photographing and appraising the property.

Dated: March 13, 2015

        s/Robert H. Cleland
        HONORABLE ROBERT H. CLELAND
        United States District Judge